murrer to the answer of the defendant, that the matters therein set up could be considered upon the issues whether the defendant acted in good faith in the premises, and whether the plaintiff was barred by laches.

*Judgment affirmed on the main bill of exceptions, and affirmed in part and reversed in part on the cross-bill. All the Justices concur.*

Nos. 6765, 6771. DECEMBER 13, 1928.
REHEARING DENIED JANUARY 23, 1929.

TALMADGE, commissioner, *v.* McRAE; *et vice versa.*

ATKINSON, J. The decision in this case is controlled by the decision in the companion case of *Talmadge* v. *Cordell*, ante.

*Judgment affirmed on the main bill of exceptions, and affirmed in part and reversed in part on the cross-bill. All the Justices concur.*

Nos. 6764, 6770. DECEMBER 13, 1928.
REHEARING DENIED JANUARY 23, 1929.

See *Talmadge* v. *Cordell*, ante.

TALMADGE, commissioner, *v.* McDONALD; *et vice versa.*

BECK, P. J. The questions presented for decision in these cases are the same as those in the case of *Talmadge* v. *Cordell*, ante.

*Judgment affirmed on the main bill of exceptions, and reversed on the cross-bill. All the Justices concur.*

Nos. 6763, 6769. JANUARY 23, 1929.

See *Talmadge* v. *Cordell*, ante.

TALMADGE, commissioner, *v.* SEYMOUR *et al.*

BECK, P. J. Inasmuch as the provisions in the act of the legislature providing for the appointment of fertilizer inspectors, their duties, compensation, etc., approved August 19, 1912 (Georgia Laws 1912, p. 52), are the same both for the "general inspectors" and the "short-term inspectors," in so far as they relate to the term for which the appointees shall be commissioned and the grounds upon which they may be "discharged," this case is controlled by the decisions in *Talmadge* v. *Cordell*, ante, and *Talmadge* v. *McDonald*, ante.

*Judgment affirmed. All the Justices concur.*

No. 6766. JANUARY 23, 1929.

See *Talmadge* v. *Cordell*, ante.